AO91 (Rev. 12/03) Criminal Complaint        Felony        AUSA

United States District Court
Southern District of Texas
**FILED**

AUG 23 2018

David J. Bradley, Clerk of Court

# UNITED STATES DISTRICT COURT

Southern District Of Texas Brownsville Division

**UNITED STATES OF AMERICA**
vs.

Petronila LEYVA-Manjarrez
A209 809 003  Mexico
AKA Petronila LEYVA-Manjarrez

**CRIMINAL COMPLAINT**

Case Number: B-18- MJ-765

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __August 21, 2018__ in __Cameron__ County, in the __Southern District Of Texas__ defendant(s)

an alien who had previously been denied admission, excluded, deported, or removed, knowingly and unlawfully was present in the United States having been found in Cameron County, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States,

in violation of Title __8__ United States Code, Section(s) __1326(a)(1)__

I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

The defendant was encountered by Border Patrol agents conducting Linewatch operations near Brownsville, Texas on August 21, 2018. The defendant is a citizen and national of Mexico who was previously deported, excluded or removed from the United States on August 10, 2018. Record checks revealed that the defendant has not applied for permission from the proper Authorities to re-enter the United States.

Defendant had $40 USD and 50 Mexican Pesos in her possession at the time of arrest.

Continued on the attached sheet and made a part of this complaint: ☐ Yes  ☒ No

_____
Signature of Complainant

Rodriguez, Iris G.    Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

August 23, 2018                              at    Brownsville, Texas
Date                                                City/State

Ronald G. Morgan         U.S. Magistrate Judge
Name of Judge            Title of Judge                  Signature of Judge